FILED

2017 AUG 18 PM 2:29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY

Juanita Jeffery Bey
c/o 1703 Via Verde Road
Rialto, California Territory
[Postal Zone 6]
Contact:(909) 522-0391

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Juanita Jeffery Bey Ex-Rel JUANITA C JEFFERY

Petition/ Plaintiff,

VS

Defendant

Case No: ED CV17-01673 PSG (SHKx)

Juanita Jeffery Bey v. RALPH PARTNER II LLC
COMPLAINT FOR DUE PROCESS

DEMAND FOR JURY TRAIL

CEO Gregory L. Geiser/ Olivia Reyes doing business as
RALPH PARTNERS II LLC,
2015 MANHATTAN BEACH BLVD. SUITE #100
REDONDO BEACH, CALIFORNIA 90278

CLEAR RECON CORPORATION
4375 JUTLAND DR. SUITE # 200
SAN DIEGO, CALIFORNIA 921117

Jeff Teel doing business as Assigned Real Estate Agent of
FANNIE MAE AND PROGRESSIVE
1255 E. HIGHLAND
SAN BERNARDINO, CALIFORNIA 92404

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO FONTANA DISTRICT
17780 ARROW HWY.
FONTANA, CALIFORNIA 92335

FEE PAID

John McMahon Sheriff doing business as
SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT
157 W. 5TH STREET, 3 RD FLOOR
SAN BERNARDINO, CA 92415-0480
(909) 387-5700

**I**

**Jurisdiction**

1. This court has jurisdiction under 28 U.S.C. section 1331. Federal question jurisdiction arises pursuant to (1st,4th 5th Amendment of the Constitution of the United States of America Republic, Conspiracy, U.S.C. Title 18 Part I Chapter 13, Section 241 and 242, Fraud and Swindles, Title 18, Part I, Chapter 63, Section 1341, Mailing threating communications U.S.C. Title 18 section 1343, U.S.C. Title 41 section 876 and 872, Criminal Trespassing U.S.C. Title 18 1382. 42 U.S.C. section 1983 42 U.S.C. section 1985 conspiracy, 25 U.S.C. section 1302.

**Diversity Jurisdiction**

2. I invoke this court jurisdiction under 28 U.S.C. section 1332 because there is diversity of citizenship and an amount in controversy greater than $75,000.

**II**

**Venue**

3. This venue is proper pursuant to 28 U.S.C. section 1391 because the property at issue in this complaint is located in this district.

**III**

**Parties**

4. Petitioner/Plaintiff (Juanita Jeffery Bey) in Propria Persona Sui Juris with a National Domicile of

North America c/o 1703 Via Verde Road, Rialto, California Territory Republic.

5. Defendant (Olivia Reyes) (Gregory L. Geiser) doing business as RALPH PARTNERS II LLC, 2015 MANHATTAN BEACH BLVD. SUITE #100 REDONDO BEACH, CALIFORNIA 90278.

6. Defendant (Jeffrey Teel) doing business as assigned Real Estate Agent of FANNIE MAE and PROGRESSIVE PROPERTIES 1255 E. HIGHLAND SAN BERNARDINO, CALIFORNIA 92404

7. Defendant Emanuel Rivas and Tasha Manzo doing business as SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO FONTANA DISTRICT 17780 ARROW HWY. FONTANA, CALIFORNIA 92335

8. Defendant (John McMahon) Sheriff doing business as SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT 157 W. 5TH STREET, 3RD FLOOR SAN BERNARDINO, CA 92415-0480 Phone (909)387-5700.

9. Defendant (Tammy Laird) FORELOSURE MANAGER doing business as CLEAR RECON CORPORATION 4375 JUTLAND DR. SUITE # 200 SAN DIEGO, CALIFORNIA 92117

## IV

## Statement of Facts

9. JUNITA C JEFFERY had a home Mortgage with CASH CALL LOANS 12/5/2014 when a dispute over the correct spelling of wardship name and address arose. It was incorrect, when I tried to correct it I was ignore, I then requested a viewing of the original contract to confirm its truth. CASH CALL LOANS never produced the original loan contract thereby causing breach of contract, according to USC 15 section 1692 Debt Validation and Supreme Court decision The Clearfield Doctrine (1942/43) CASH CALL LOANS were not the holder in due Course of the Mortgage Loan whereby voiding the whole contract ab initio including the deed of trust of which I rescind signature (see exhibit 7).

This debt was discharged and I claim my land under my corrected appellation and nationality

(see exhibit 1).

10. I notified CASH CALL LOANS of the name correction and they ignored me and continued on with transferring the deed of trust to RUSHMORE LOAN MANAGEMENT which they hired CLEAR RECON CORPORATION which alleges to have made a unconstitutional foreclosure sale to RALPH PARTNERS II LLC, and FANNIE MAE around May 18th 2017 I started getting unwanted trespassing visits from representatives of RALPH PARTNERS, and FANNIE MAE telling me I had to leave my home because it had been sold in a foreclosure sale (see exhibit 2).

11. Around June 5, 2017 RALPH PARTNERS II LLC, filed a complaint of UNLAWFUL DETAINER-EVICITION stating I have 5 days to answer (see exhibit 3). On June 6, 2017I answered and moved the case to DISTRICT COURT. I didn't file my paperwork correctly thereby DISTRICT COURT remanded the case back to SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO FONTANA DISTRICT. July17 I filed a Motion/Affidavit to dismiss due to no answer from Plaintiff (see exhibit). On August 9, 2017 I received a visit from the SAN BERNARDINO SHERIFF DEPARTMENT with a Writ of Execution NOTICE TO VACATE telling me that I was going to be removed from my estate home on August 22, 2017 (see exhibit 4). These actions are unconstitutional because no due process of the law was given. I returned to SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO and asked why was this being done and they told me that I failed to respond to the five day summons and I was in default which is not true (see exhibit 5). A default judgement was issued by a clerk Emanuel Revas in the office, a violation of 5th amendment. If this unconstitutional eviction process continue and I am booted out of home like representative of FANNIE MAE Jeff Teel said would happen, it would cause an irreparable injury and harm to me and my kin people. I have been in my home for over 20 years and just the thought of being thrown out because of the theft of a corporation ring wants my home is horrifying. Me and my offspring have had so many memories here with holidays, birthdays, birth of

grandchildren and even deaths. There are some things that can't be replaced or repaired having no adequate remedy at law. To be forced to move would be a hardship on me because of health and reasons, I have nowhere to go and a household of over 20 years of items built up, it would me years to recover from this unconstitutional act. By stopping the eviction there would be no adverse effect on public interest. As of 08/07/2017 according to Property Detail Report Juanita C Jeffery is still listed as owner of this property (see exhibit 8) and there has been no legal sale of this property.

**Claim I**

12. CASH CALL LOAN CORPORATION, RUSHMORE LOAN MANAGEMENT, CLEAR RECON CORPORATION never answered any of the writs of discovery requesting the validation of the original loan contract. This is a violation of USC 15 section 1692 debt validation my 1st and 5th Amendment rights under the Republic Constitution due process of law and Stare Decisis Supreme Court decision Clearfield Doctrine 1942/43 and USC 8 section 126 USC 18 section 473.

**Claim II**

13. CASH CALL LOAN CORPORATION, transferred a closed account deed of trust to RUSHMORE LOAN CORPORATION which transfer it to CLEAR RECON CORPORATION Which allegedly sold it to PARTNERS II LLC, and FANNIE MAE without my consent. .A violation of 1st and 5th Amendment, USC 15 section 1692, USC 8 section 126 and USC 18 section 473.

**Claim III**

14. RALPH PARTNERS II LLC without my consent brought suit on me and my estate/real property

Fraudulently through the SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO FONTANA DISTRICT a complaint of UNLAWFUL DETAINER-EVICITON/NOTICE TO VACATE my estate/land/real property without due process of law. A violation of my 5th and 11th Amendment Right, thereby entitling Plaintiff to recover damages pursuant to 42 USC section 1983.

**Claim IV**

15. SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO FONTANA DISTRICT denied me Due Process of Law a violation of constitutional Law by filing with the SAN BERNARDINO SHERIFF DEPARTMENT writ of Execution NOTICE TO VACATE this is a violation of my 1st and 5th and 11 th Amendment Rights of Due Process of Law, by constitutional officers, thereby entitling Plaintiff to recover damages pursuant to 42 USC section 1983.

**Claim V**

16. The continued action of all these corporations listed in this complaint show a connection and willingness to work together proving conspiracy. Violation of USC 18 part 1 Chapter 63 Section 1341 Fraud and Swindles and Violation of 1st and 5th Amendment Rights there by entitling Plaintiff to recover damages pursuant to 42 USC section 1983.

**VI**

**Request for Relief**

WHEREFORE, the plaintiff requests:

17. for the Judge to issue a immediate order to stop the NOTICE TO VACATE to be sent to SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT 157 W. 5TH STREET 3RD FLOOR PHONE NUMBER (909) 387-5700 on or before August 22, 2017, so as to secure due process of law.

Please grant the Motion Order to cancel the summary eviction and motion for temporary restraining Order and preliminary injunction

18. All City, County and State Officials are to be informed of the Law of the Land (Constitution) and Their obligation to uphold the same and to no longer be excused without action on the part of the Sheriff for violating the same. And to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.

19. Any Plaintiff, Corporate or Natural, Party-Defendant be found guilty of the charges and shall result in immediate Recusal Office.

20. Defendants, Emanuel Rivas and Tasha Manzo doing business as Clerk and Deputy Clerk for SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO, FONTANA DISTRICT is being sued for $1.5 Million dollars for each violation for compensatory damages and $75,000 for punitive in his public and private capacity.

21. Defendant Jeffrey Teel doing business as PROGRESSIVE PROPERTIES, is being sued for $1.5 Million for compensatory damages and 75,000 for punitive damages in his private capacity.

22. Defendant Olivia Reyes doing business as RALPH PARTNER II LLC is being sued for 1.5 Million for compensatory damages and 75,000 for punitive damages in her private capacity.

23. Defendant (Gregory L. Geiser) doing business as RALPH PARTNER II LLC is being sued for 6 Million for compensatory damages and $75,000 for punitive damages in his private capacity.

24. Defendant (Tammy Laird) doing business as CLEAR RECON CORPORATION is being sue for 6 Million for compensatory damages and $75,000 for punitive damages in her public and private capacity.

**VII**

**Demand for Jury Trial**

Petitioner hereby requests a jury trial on all issues raised in this complaint.

I declare under the penalty of perjury under the law of the UNITED STATES CODES that the Above is true and correct to the of my knowledge and honorable intent.

Dated: August 16, 2017

By: Juanita Jeffery Bey

Petitioner in Propria Persona, All Rights Reserved

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

  

**THE MOORISH NATIONAL REPUBLIC**

THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

*Aboriginal and Indigenous Natural Peoples of North America*

Official Public Notice

Affidavit of Fact

# Writ of Peaceable Possession

**Notice to Agent is Notice to Principal-Notice to Principal is Notice to Agent**

**Exhibit 1**

February 9, 2016

CEO Terry Smith doing business as;
RUSHMORE LOAN MANAGEMENT
15480 Laguna Canyon Rd. #100
Irvine, California 92618

GOVERNOR Jerry Brown
c/o STATE CAPITOL, SUITE 1173
SACRAMENTO, CA 95814

ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON D.C.

UNITED STATES DEPARTMENT OF STATE
2201 C STREET NW
950 PENNSYLVANIA AVENUE, NW
WASHINGTON D.C.

SAN BERNARDINO COUNTY TAX ASSESSOR'S OFFICE
268 WEST HOSPITALLITY LANE, 1ST FLOOR
SAN BERNARDINO, CA 92415-0360

SAN BERNARDINO COUNTY SHERIFF'S OFFICE
ATTEN: SHERIFF John McMahon
655 E. THIRD ST.
SAN BERNARDINO, CA 92415

Re: Alleged Account No: 4000038388

I Juanita Jefffery Bey, being duly affirmed, standing squarely, Declare, and Proclaim, upon Divine Law; Nature's Law, Universal Law, Moorish Birthrights; International Law; and Constitutional Law; Declare and Say:

I, being previously Identified by the Union States Society of North America-U.S.A. under the Colorable, Ward-Ship name JUANITA C. JEFFERY, do hereby refute the Fraud; make Public My Corrected National appellation: Declare and Affirm My true, 'Proper Person Status'; and claim my Rightful Social and Cultural Life of the Moorish American National; in accord with my Moorish Nation of Northwest Amexem/North America -Acknowledging my Birthrights. Having Lawfully and Legally Obtained and Proclaimed my Moorish Nationality and Birthright, appellation and Title; in harmony with the law, do Declare for Public Record, I am returning the European cognomen And fictitious misnomer back to the Colonial Possessors of its pedigree. I have Declared and Proclaimed my free National appellation; Affirming my Actual, Rightful pedigree and National Honor. Let it be Declared, Known, Published, and Resolved that: I Am Juanita Jeffery Bey, In Propria Persona Sui Juris (being in my own Proper Person0, by birthright: an Inheritance WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society:

I am issuing this writ of Peaceable Possession to recover and claim the Land and Possession of My birthrights, ancestral inheritant allodial territorial estate by blood without disturbed by another's hostile or legal attempts to recover possession. In accordance with the Treaty of Peace and Friendship, the Constitution for the United States of America Republic (1791) and the universal Declaration of Human Rights (1948).

Being the alleged same premises described by the Corporate COUNTY OF SAN BERNARDINO, CITY OF RIALTO CALIFORNIA as the **Legal Description:** A certain piece or parcel of land with all buildings and improvements thereon, situated on Tract No. 13940 :___ Left Blank in the CITY OF RIALTO, COUNTY OF SAN BERNARDINO and being more particularly bounded as described as 1703 VIA VERDE ROAD RIALTO, CALIFORNIA 92377

Claiming the true Location is:
Latitude / Longitude 34.15519 / -117. 405673 Near the Corporate city of RIALTO, CALIFORNIA Northwest Amexem, North America.

I claim my ancestral birthrights estate/property/land based on these facts:

1. This is the land of the Moorish Nationals by Bloodline and Birthright ancestral estate of Which I am Moor.

   **Maxim**-Jura "Sanguinis Nullo Jure Civili Dihimi Possunt" – The right of the blood cannot Be destroyed by any civil law Reference/Source of Law; Dig 50, 17, 9; Bac. Max 533 *Henry Campbell Blacks Law Dictionary of ancient and modern Jurisprudence revised Fourth edition page # 989*

   Ancestral estates-are such as are transmitted by descent, and not by purchase. 4 Kent. Comm. 404 Brown v. Whale y, 58 Ohio State 654, 49 N.E. 479, 65 AM. St. Rep 793 There being no other consideration than that of Blood. *Reference/Source of law Henry Campbell Blacks Laws Dictionary revised 4th edition page 110 definition of ancestral.*

2. RUSHMOORE LOAN MANAGEMENT, nor SAN BERNARDINO COUNTY TAX ASSESSOR'S OFFICE have proven its claim to the Land/Property when ask to do so.

3. As all Law is contract law there is no legal or valid contract with RUSHMORE LOAN MANAGEMENT, nor SAN BERNARDINO COUNTY TAX ASSESSOR'S OFFICE. For payment on my ancestral inherit allodial estate/land.

   **Liberty of Contract** – The ability at will to make or abstain from making a binding obligation, enforced by the Sanctions at Law. *Judson, Liberty of Contract, Rep. Am Bar Association (1891) 233 Reference Henry Campbell Blacks Law Dictionary of ancient and Modern Jurisprudence Page 1065.*

According to the House Joint Resolution of June 1933 when this Act was enacted the United States Government fell to a mere corporation and Not Government.

According to t.. Clearfield Trust Company v. UNITED STATES 318 U.S. 363 (1943) Governments descend to the Level of a mere private corporation and take on the characteristics of a mere private citizen. This Entity cannot compel performance upon its corporate statue or rules a mere private citizen. This Entity cannot compel performance upon its corporate statue or rules unless it, lide any other corporation or person is the holder-in-due course of some contract or commercial agreement between it and the party upon whom the payment and performance are made and thereby, willing to produce said documents and place the same in evidence before trying to enforce its demands called states (not law) and all Contracts must come within the terms of the law. *http://supreme.justa.com/us/74/666/case.html.*

I state for the record that I do not/did not intend to abandon my ancestral estate of over 20 years And I do not consent to any foreclosure sale of my ancestral property neither do I wish to contract with RUSHMORE LOAN MANAGEMENT nor SAN BERNARDINO COUNTY TAX ASSESSOR'S OFFICE. There is No valid contract of commercial agreement between, me and RUSHMORE LOAN MANAGEMENT nor SAN BERNARDINO COUNTY TAX ASSESSOR'S OFFICE and Juanita Jeffery Bey Ex-Rel JUANITA C. JEFFERY.

Thank you

Juanita Jeffery Bey, Authorized Presentative
Natural Divine Being Manifest in Human Flesh in Propria
All Rights Reserved: U.C.C. 1-207/1-308/1-103
c/o 1703 Via Verde Road Rialto, California Territory
Non-Domestic Northwest Amexem North America

Cc:
International Criminal Courts
Luis Moreno-Ocampo

International Court of Justice
Hall-El
Peace Palace
The Hague Netherland

Great Seal National Association of Moorish Affairs
Minister; A-El/Minister Taj Tarik Bey / Minister William Salaam

Interpol
Lyon, France



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SAN BERNARDINO COUNTY SHERIFF'S OFFICE
ATTEN: SHERIFF John McMAHON
655 E. Third St.
SAN BERNARDINO, CA 92415

9590 9403 0735 5196 0435 54

2. Article Number (Transfer from service label)

7015 3010 0002 2787 2120

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
FEB 2 9 2016

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

92415-0061

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

  

# THE MOORISH NATIONAL REPUBLIC

THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

***Aboriginal and Indigenous Natural Peoples of North America***

Exhibit 1

***Transfer of Inheritance***

***Made the 10th day of February, 1435 M.C. [2016 C.C.Y.]***

***Between United States Of America Corporation (Trustee), and Juanita Jeffery Bey***
*(Aboriginal Indigenous National Moorish American / Heiress Moabite) Land and Resources At Lat/Long 34.15519 /-117.405673 Location – 1703 Via Verde Road, Near Corporate RAILTO, CALIFORNIA [92377] Northwest Amexem*

This transfer agreement is a transfer instrument from THE UNITED STATES OF AMERICA ET EL, to the RIGHTFUL HEIRESS APPARENT, Aboriginal and Indigenous Natural Person of the Land-not taxed, Juanita Jeffery Bey, In Propria Persona, Sui Juris.

In the matter of 'Rights of Parties' and, 'Rights of Property' this instrument obtains justice for the Natural Divine Being Manifest in Human Flesh, Moorish American National, **Juanita Jeffery Bey** and intends to remedy these wrongs by addressing Personum Jurisdiction, which is jurisdiction over the person.

Operating and navigating in a colorable status is dishonorable and injurious to the Natural Divine Being Manifest in Human Flesh.

This agreement between THE UNITED STATES OF AMERICA AND **Juanita Jeffery Bey** is forever cured as Juanita Jeffery Bey is not a minor; not a ward of the state, and is competent from this day forth to take her seat amongst the affairs of Men and handle the affairs of her Nation – the Moors of Northwest Amexem – Northwest Africa – North America – North Gate.

**Juanita Jeffery Bey** a Natural Divine Being Manifest in Human Flesh, Aboriginal Indigenous, Moorish America National, is protected by the Zodiac Constitution, United States Republic Constitution, Treaty of Peace and Friendship, the United Nations Declaration Rights of Indigenous People, United Nations Rights of Human Beings, United Nations Rights of the Child and does enforce all said compacts for the upliftment of fallen humanity – the Moors of Northwest Amexem – Northwest Africa – North America – North Gate.

This Transfer invokes her unalienable / inalienable secured rights as a Moorish American National:

1. FREE MOORIS-AMERICAN ZODIAC CONSTIUTION: (Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al, Article two (2), Paragraph two (2).
2. UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE: Moorish American Credentials: AA22141-TRUTH A-1.
3. UNITED STATES SUPREME COURT: SUPREME LAW – Acts of the State
4. UNITED STATES REPUBLIC CONSTITUTION: Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People)
5. RESOLUTION NUMBER SEVENTY-FIVE (75) Dated April 17, 1933 A.D. (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES).
6. UIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS - HUMAN RIGHTS [Article Fifteen (15)].
7. RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL ASSEMBLY – Part 1 Article 4
8. Treaty of Peace and Friendship of 1787.

9. The Declaration of Granting of Independence to Colonial Countries and People UN GA # 1514
10. The American Declaration of the Rights and Duties of Man '(Adopted by the Ninth International Conference of American States Bogota, Colombia, 1948 at Article 5, Article 17, Article 26
11. Declaration on the Principles of International Law
12. Executive Order Number: 13107. 63, Federal Register, 68, 991 (1998) – Implementation of Human Rights Treaties

With this document in place, proper identity for **Juanita Jeffery Bey**, establishes and removes for the records any and All misrepresentation of abandonment by any foreign entities, guilds, private foreign unions, etc. or persons alleging Anything to the contrary, on her part as an heir to her vast heritage and responsibility to her people.

I am: ______________________
Juanita Jeffery Bey, Authorized Representative
Natural Divine Being Manifest In Human Flesh; In Propria Persona
All Rights Reserved: U.C.C. 1-207/1-308/1-103
[c/o 1703 Via Verde Road, Near Corporate Rialto, California 92377]
Northwest Amexem, North America

  

# THE MOORISH NATIONAL REPUBLIC

THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

***Aboriginal and Indigenous Natural Peoples of North America***

Affidavit of Fact

Exhibit 1

RECORDING REQUESTED BY:
Juanita Jeffery Bey

**And when recorded, please return this deed**
**And other statements to:**
Juanita Jeffery
Kalifi (California) Territory
c/o 1703 Via Verde Road
Rialto, California [92377]

Northwest Amexem — Above reserved for official use only

**QUITCLAIM DEED Allodial Al Seisin in Deed**
***(Transfer of Inheritance from United States Trustee to Heiress)***

**KNOW *ALL MEN BY THESE PRESENTS THAT:***

I am Recording this Transfer Publicly of inheritance Quitclaim Allodial Al Seisin in Deed Judgment by Default/Allodial quiet Title by Estoppel; and Documenting the same publicly, the 10th day February 9, 2016. This Document shall serve as 'Public Notice' to all whose presents this shall come

As Natural Heiress to the Land-Northwest Amexem-Northwest Africa-North America-North Gate the Trustee UNITED STATES OF AMERICA CORPORATION dba THE STATE OF CALIFORINA COUNTY OF SAN BERNARDINO, and/or its agency/agents lawfully hereby REMISES, RELEASES, SURRENDERS, AND FOREVER QUITCLAIMS to Juanita Jeffery Bey.
(Moabitess/Moabite/Heiress/Heir/Matriarch), ALLODIAL TITLE, INTEREST AND CLAIM to the following REAL PROPERTY/LAND near Corporate CITY OF RIALTO, CALIFORNIA with the following legal description:

ALL THAT CERTAIN lot or piece of ground, described according to Corporate STATE OF CALIFORNIA COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY Tax Assessor's Office, alleged as follows, to wit:

LEGAL DESCRIPTION

A Certain piece or parcel of land with all buildings and improvements thereon, situated Tract No. 139401 BLOCK/UNIT------in the CITY OF RIALTO, SAN BERNARDINO, SAN BERNARDINO COUNTY and being more particularly bounded and described as: Document No. 963589700000 Parcel: 0239-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.

BEING NO. 1703 Via Verde Road, Rialto, California, 92377.
Being the sam premises were granted on 02/10/2016 unto Juanita Jeffery Bey by Inheritance-Listed by Fraudulent misrepresented Deed, last date of record 01/20/2015 in the Corporate County of San Bernardino as Document No. 9635897900000

Latitude / Longitude: 34.15519 / -117.405673
Location – 1703 Via Verde Road
Near Corporate RIALTO, CALIFORNIA [92377]
Northwest Amexem

Copy Right, February 10, 2016 by Juanita Jeffery Bey, Reserving all Rights for the record, on the record and let the record show/state this Al Seisin in Deed Publicly Published and lawfully transferred on which I place my seal. All Rights Reserved: U.C.C. 1-207/1-308; U.C.C. 1-103. Juanita Jeffery Bey

The foregoing instrument was acknowledged before me this day of 9th Month of Feb
By Juanita Jeffery Bey (Heiress), Who is personally known to me or who has produced Moorish American Nationality Card as identifation.

In witness thereof, I set my hand and seal

(MSR)

Witness:

Witness: Byron Bey

Witness:

Exhibit (2)

KNOWING YOUR OPTIONS

## Important Notice to Occupants
## Conozca Sus Opciones: Notificación importante para ocupantes

Property Address/ Dirección de la propiedad: 1703 VIA VERDE DR,RIALTO,CA 92377

Date of Notice/ Fecha de la notificación: 05/18/2016. FORECLOSURE DATE 05/16/2017

**This property is now owned by Fannie Mae.** Fannie Mae has engaged the real estate agent listed below to be responsible for the management of the property and to make you aware of some options that may be available. Please review the information within this notice thoroughly and contact the real estate agent to advise of your intentions. If you have questions regarding your rights, you should seek the advice of an attorney – find attorneys in your area at www.findlegalhelp.org.

**Esta propiedad ahora pertenece a Fannie Mae.** Fannie Mae ha designado al agente de bienes raíces que se menciona abajo para que se encargue de la administración de la propiedad y para que le ponga al tanto de algunas opciones que pueden estar disponibles. Revise la información de esta notificación cuidadosamente y comuníquese con el agente de bienes raíces para informarle sobre sus intenciones. Si tiene preguntas acerca de sus derechos, debe obtener el asesoramiento de un abogado. Encuentre abogados en su área en www.findlegalhelp.org.

**IMPORTANT NOTICE:** This property may be listed and sold at Auction within 30 days of the posting of this notice. Immediately contact the real estate agent if you wish to pursue either of the alternative options listed below.

**AVISO IMPORTANTE:** Esta propiedad podrá ser anunciada y vendida en Subasta dentro de los siguientes 30 días a partir de la publicación de este anuncio. Contacte de inmediato al agente de bienes raíces si desea buscar algunas de las opciones alternativas que aparecen a continuación.

### Option 1: Rent This Property / Opción 1: Alquiler de esta propiedad

You may be able to rent this property. Please contact the real estate agent listed below immediately to indicate your interest in renting and for Fannie Mae to review the circumstances of your particular case.

Es posible que pueda alquilar esta propiedad. Comuníquese con el agente de bienes raíces listado a continuación para indicar su interés en alquilar y para que Fannie Mae examine las circunstancias de su caso particular.

### Option 2: Relocate With Assistance / Opción 2: Reubicación con asistencia

If you are a tenant intending to relocate or former owner, you might be eligible for relocation assistance to assist with costs associated with moving. To further explore this option, contact the real estate agent below.

Si usted es un arrendatario que tiene intenciones de reubicarse o un expropietario, podría ser elegible para recibir asistencia para la reubicación que le ayudará a cubrir los costos relacionados con la mudanza. Para continuar explorando esta opción, comuníquese con el agente de bienes raíces siguiente.

**Fannie Mae-Assigned Real Estate Agent – Contact Information / Información de contacto del agente de bienes raíces asignado por Fannie Mae**

| | |
|---|---|
| Name/ Nombre: | JEFF TEEL |
| Company Name / Nombre de la compañía: | PROGRESSIVE PROPERTIES |
| Company Address / Dirección de la compañía: | 1255 E Highland San bernardino,Ca 92404 |
| Office Phone / Teléfono de oficina: | 909-881-2641 |
| Cell Phone / Teléfono celular: | |
| E-mail / Correoelectrónico: | |

If you have any concerns regarding the real estate agent assigned to manage this property, please call Fannie Mae at: 1-800-232-6643.

Si tiene inquietudes acerca del agente asignado para administrar esta propiedad, comuníquese con Fannie Mae llamando al: 1-800-232-6643.

KYO July 2016 revised



SUM-130

# SUMMONS
# (CITACION JUDICIAL)
## UNLAWFUL DETAINER—EVICTION
## (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

Exhibit 3

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:** Juanita C Jeffrey
***(AVISO AL DEMANDADO):***

and Does 1 to 10

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):*** RALPH PARTNERS II, LLC

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

1. The name and address of the court is: SUPERIOR COURT OF CALIFORNIA,
*(El nombre y dirección de la corte es):* COUNTY OF SAN BERNARDINO
17780 Arrow Hwy.
Fontana, CA 92335
FONTANA DISTRICT

CASE NUMBER: *(Número del caso):* UDFS1703822

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Sam Chandra SBN 203942
Law Offices of Sam Chandra, APC
710 S. Myrtle Ave., # 600
Monrovia, CA 91016-2171
(626) 256-4999

3. *(Must be answered in all cases)* An **unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415)** [X] did not [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received **any** help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: *(Fecha)* 6-5-17 Clerk, by *(Secretario)* /S/ , Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. [ ] as an individual defendant.
   b. [X] as the person sued under the fictitious name of *(specify):* DOE 1
   c. [ ] as an occupant
   d. [ ] on behalf of *(specify):*
   under: [ ] CCP 416.10 (corporation) [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
   [ ] CCP 415.46 (occupant) [ ] other *(specify):*
5. [X] by personal delivery on *(date):* 6-5-17

Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Page 1 of 2
Code of Civil Procedure, §§ 412.20, 415.4[illegible]
www.courtin[illegible]

19

SUM-130

| PLAINTIFF *(Name):* Ralph Partners II, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* Juanita C Jeffrey, et al | |

6. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*
   a. Assistant's name:
   b. Telephone no.:
   c. Street address, city, and zip:

   d. County of registration:
   e. Registration no.:
   f. Registration expires on *(date)*:

CP10.5

**NOTICE: EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.**

1. If you live here and you do not complete and submit this form, you may be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. You must file this form within 10 days of the date of service listed in the box on the right hand side of this form.
   - **Exception:** If you are a tenant being evicted after your landlord lost the property to foreclosure, the 10-day deadline does not apply to you and you may file this form at any time before judgment is entered.
3. If you file this form, your claim will be determined in the eviction action against the persons named in the complaint.
4. If you do not file this form, you may be evicted without further hearing.
5. If you are a tenant being evicted due to foreclosure, you have additional rights and should seek legal advice immediately.

| | |
|---|---|
| CLAIMANT OR CLAIMANT'S ATTORNEY (*Name and Address*): TELEPHONE NO.:<br><br>ATTORNEY FOR (*Name*): | *FOR COURT USE ONLY* |
| **NAME OF COURT:**<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| Plaintiff:<br>Defendant: | |
| **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | CASE NUMBER: UDFS1703822 |
| **Complete this form only if ALL of these statements are true:**<br>**1. You are NOT named in the accompanying Summons and Complaint.**<br>**2. You occupied the subject premises on or before the date the unlawful detainer (eviction) complaint was filed. (The date is in the accompanying Summons and Complaint.)**<br>**3. You still occupy the subject premises.** | *(To be completed by the process server)*<br>DATE OF SERVICE: 6-5-17<br>*(Date that form is served or delivered, posted, and mailed by the officer or process server)* |

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify)*:
2. I reside at *(street address, unit no., city and ZIP code)*:
3. The address of "the premises" subject to this claim is *(address)*:
4. On *(insert date)*: 6-5-17 , the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is in the accompanying Summons and Complaint.)*
5. I occupied the premises on the date the complaint was filed *(the date in item 4)*. I have continued to occupy the premises ever since.
6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*.
7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*.
8. I was not named in the Summons and Complaint.
9. I understand that if I make this claim of possession, I will be added as a defendant to the unlawful detainer (eviction) action.
10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of $ or file with the court an "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file the form for waiver of court fees, I will not be entitled to make a claim of right to possession.

(Continued on reverse)

| Plaintiff:<br>Defendant: | CASE NUMBER: |
| --- | --- |

**CP10.5**

11. If my landlord lost this property to foreclosure, I understand that I can file this form at any time before judgment is entered, and that I have additional rights and should seek legal advice.

12. I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

**NOTICE: If you fail to file this claim, you may be evicted without further hearing.**

13. **Rental agreement.** I have *(check all that apply to you):*
    - a. ☐ an oral or written rental agreement with the landlord.
    - b. ☐ an oral or written rental agreement with a person other than the landlord.
    - c. ☐ an oral or written rental agreement with the former owner who lost the property to foreclosure.
    - d. ☐ other *(explain):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

WARNING: Perjury is a felony punishable by imprisonment in the state prison.

Date:

_______________________________ ▶ _______________________________

(TYPE OR PRINT NAME) (SIGNATURE OF CLAIMANT)

**NOTICE:** If you file this claim to possession, the unlawful detainer action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

## — NOTICE TO OCCUPANTS —

**YOU MUST ACT AT ONCE if all the following are true:**

1. **You are NOT named in the accompanying Summons and Complaint.**
2. **You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.**
3. **You still occupy the premises.**

You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the form) at the court where the unlawful detainer (eviction) complaint was filed. If you are a tenant and your landlord lost the property you occupy through foreclosure, this 10-day deadline does not apply to you. You may file this form at any time before judgment is entered. You should seek legal advice immediately.

If you do not complete and submit this form (and pay a filing fee or file a fee waiver form if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you may be evicted without a hearing.*

SAM CHANDRA (# 203942)
LAW OFFICES OF SAM CHANDRA, APC
710 S. MYRTLE AVE., # 600
MONROVIA, CA 91016
(626) 256-4999

ATTORNEYS FOR PLAINTIFF

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

COUNTY OF SAN BERNARDINO

| | |
|---|---|
| RALPH PARTNERS II, LLC<br><br>Plaintiff,<br><br>vs.<br>JUANITA C JEFFREY<br><br>and Does 1 to 10,<br><br>Defendants. | Case No. UDFS1703822<br><br>COMPLAINT FOR UNLAWFUL DETAINER<br><br>Action based on Code of Civil Procedure Section 1161a<br><br>LIMITED CIVIL<br><br>DEMAND DOES NOT EXCEED $10,000.00 |

Plaintiff alleges as follows:

1. Plaintiff is a: Limited Liability Co

2. Plaintiff alleges a cause of action against the following person(s) hereinafter "Defendants" for Unlawful Detainer: Juanita C Jeffrey

3. The true names or capacities, whether individual, corporate, associate, or otherwise, of Defendants DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff is informed and believes and on such information

and belief alleges, that each of the Defendants designated herein as DOE was legally responsible in some manner for the events and happenings herein referred to and legally caused damages approximately thereby to Plaintiff as herein alleged.

4. On 5/16/2017, Plaintiff became the owner of real property by purchasing said property at a foreclosure sale.

5. Title under this sale has been duly perfected.

6. Pursuant to the recitations contained within the Trustee's Deed Upon Sale, the foreclosure sale, and all required notices were accomplished in compliance with CC §2924 et. seq..

7. The Real Property as stated above bears the APN number of: 0239401010000

8. The Real Property as stated above is located at: 1703 Via Verde Drive AKA 1703 W Via Verde Drive, Rialto, CA 92377, County of SAN BERNARDINO

9. No landlord/tenant relationship exists between the purchaser and the Defendants.

10. Since the date of sale, and continuing to present, Defendants have occupied said premises without the consent or authorization of the purchaser.

11. Defendants' title, if any, to said premises, that existed prior to the date of sale, was extinguished by said sale.

12. On 05/30/17 , Plaintiff caused to be served on the Defendants a written notice in compliance with the <u>Code of Civil Procedure</u>, Section 1161a <u>et seq.</u>, requiring and demanding that Defendant(s) quit and deliver up possession of the premises within 3 days.

13. More than 3 days have elapsed since the service of said notice. The notice has expired, but Defendants have failed and refused, and continues to fail and refuse, to quit and deliver up possession of the premises, Defendant(s) now being in possession thereof.

14. The reasonable rental rate of the premises is $ 2,025.00 per month. The daily rate based upon a 30 day month is $ 67.50 .

15. Plaintiff is being damaged by the detention of this property in the sum of not less than $ 67.50 per day for the use and occupancy of said premises, and will continue to sustain damages at said rate for so long as Defendants remain in possession of the premises.

16. Plaintiff has not received any rents or other compensation from the Defendant(s).

17. The Defendants hold-over and continue in possession of the premises. Said hold-over and continued possession is willful, intentional, deliberate, and without permission or consent of Plaintiff. Plaintiff is entitled to immediate possession of the premises.

18. The premises are located in the above-entitled judicial district.

19. Defendants have had use and enjoyment of the premises, at the detriment of Plaintiff from the date of the service of the notice through today and will continue to enjoy the same through the date of entry of judgment or the date Plaintiff is finally able to recover possession of the premises.


WHEREFORE, Plaintiff prays against Defendants, and each of them, as follows:

1.    For restitution and possession of the premises;

2.    For damages in the amount of $67.50 per day or as allowed by law from 06/03/17 to the date of entry of judgment, or recovery of possession of the premises;

3.    For Plaintiff's costs of suit;

4.    For such other and further relief as the Court may deem just and proper.

Executed  06/05/17

/s/ Service Copy
Sam Chandra, Esq
Attorney for Plaintiff

EXHIBIT LIST:

The following exhibits are attached and incorporated into the complaint by reference:

1. Verification to Complaint
2. Deed
3. Notice and proof of service.

VERIFICATION of the Complaint:

I am:
[ ] the Plaintiff;
[ ] an Officer of the Plaintiff in this action, and am authorized to make this verification for and on its behalf.
[ ] a partner of the Plaintiff in this action, and am authorized to make this verification for and on its behalf.
[x] an agent of the Plaintiff in this action, and am authorized to make this verification for and on its behalf.
The matters stated in the forgoing document are true of my own knowledge except as to those matters stated on information and belief, and as to those matters I believe them to be true.

I request that a facsimile whether by traditional fax or by "scan and e-fax or e-mail" be accepted as an original pursuant to CRC 2.305(d).

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct. Executed in Redondo Beach, California. Pursuant to Code of Civil Procedure, Sections 2015.5 and 396a.

| Olivia Reyes | 06/05/17 | /s/ Service Copy |
|---|---|---|
| (Name, printed or typed) | (Date) | (Signature) |

Pursuant to Evidence Code, § 1521 and Calif. Rules of Court, Rule 2.305(d), a signature hereon, in any, produced by facsimile transmission is admissible as an original.

**Declaration of Attorney re Verification:** My client has indicated to me that they are unable to proceed to my office to deliver a "wet ink signature", as such this document is either a faxed copy of the original or a scanned and e-mailed copy of the original. I request the court to accept it as an original per CRC 2.305(d). Sam Chandra 06/05/17, /s/ Service Copy

Notice: Pursuant to the Fair Debt Collection Practices Act. If this document demands any sum of money, we hereby inform you that unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. This is an attempt to collect a debt and any information obtained will be used for this purpose.

RECORDING REQUESTED BY
FIDELITY NATIONAL TITLE
AND WHEN RECORDED MAIL DOCUMENT TO:
MAIL TAX STATEMENTS TO:

NAME RALPH PARTNERS II, LLC
STREET ADDRESS 2015 MANHATTAN BEACH BLVD. #100
CITY, STATE & ZIP CODE REDONDO BEACH, CA. 90278

Electronically Recorded in Official Records, County of San Bernardino 5/26/2017 08:17 AM ALS

BOB DUTTON
ASSESSOR - RECORDER - CLERK
811 Fidelity National Title

Doc #: 2017-0217353 Titles: 1 Pages: 3

| | |
|---|---|
| Fees | 21.00 |
| Taxes | 351.45 |
| Other | .00 |
| PAID | 372.45 |

SPACE ABOVE FOR RECORDER'S USE ONLY

TRUSTEE'S DEED UPON SALE

Title of Document

THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)

MAIL TAX STATEMENTS TO THE ABOVE ADDRESS:

WHEN RECORDED MAIL TO:

**Ralph Partners II, LLC**
**2015 Manhattan Beach Blvd. #100**
**Redondo Beach, CA 90278**

TRA# 006003
Trust No. **051167-CA**
Parcel No. 0239-401-01-0-000
Property Address:
**1703 VIA VERDE DR**
**AKA 1703 W VIA VERDE DR**
**RIALTO, CALIFORNIA 92377**

Space Above This Line For Recorder

MAIL TAX STATEMENT TO:

Same as above

Documentary Transfer Tax **$351.45**
The Grantee Herein was not the Foreclosing Beneficiary.
consideration **$319,100.00**
unpaid debt **$138,154.15**
XX Computed on the consideration or value of property conveyed.
___ Computed on the consideration of value less liens or encumbrances remaining at time of sale.

The undersigned declare under penalty of perjury

Signature of Declarant or Agent
APN **0239-401-01-0-000**

Accommodation Only

# TRUSTEE'S DEED UPON SALE

**CLEAR RECON CORP.** (herein called trustee) does hereby grant and convey, but without covenant or warranty, express or implied to **RALPH PARTNERS II, LLC** (herein called Grantee) the real property in the county of **San Bernardino**, State of California described as follows:

**LOT 1 OF TRACT NO. 13940, IN THE CITY RIALTO, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 216, PAGES 35 AND 36 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.**

The street address and other common designation, if any, of the real property described above is purported to be: **1703 VIA VERDE DR , AKA 1703 W VIA VERDE DR, RIALTO, CALIFORNIA 92377**

This conveyance is made pursuant to the authority and powers vested in said Trustee, as Trustee, or Successor Trustee, or Substituted Trustee, under that certain Deed of Trust executed by

TS #: 051167-CA

**JUANITA C. JEFFREY, A SINGLE WOMAN** as Trustor, recorded **10/1/2014**, as **Instrument No. 2014-0365209**, of official Records in the Office of the Recorded of San Bernardino County, California; and pursuant to the Notice of Default recorded **12/20/2016**, as **Instrument No. 20160557598**, of Official Records of said County, Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by said Deed of Trust, including, among other things, as applicable, the mailing of copies of notices or the publication of a copy of the notice of default or the personal delivery of the copy of the notice of default or the posting of copies of the notice of sale or the publication of a copy thereof.

At the place fixed in the Notice of Trustee's Sale, said Trustee did sell said property above described at public auction on **5/16/2017** to said Grantee, being the highest bidder therefore, for **$319,100.00** cash, lawful money of the United States, in satisfaction pro tanto of the indebtedness then secured by said Deed of Trust.

Date: MAY 22 2017

**CLEAR RECON CORP.**

By: ______________________

TAMMY LAIRD
FORECLOSURE MANAGER

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California)
County of San Diego)

On MAY 22 2017 before me, DAWN J. GROVE, a Notary Public, personally appeared Tammy Laird who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature Dawn J. Grove

DAWN J. GROVE
COMM. # 2164985
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
Comm. Exp. SEPT. 18, 2020

**MAIL TAX STATEMENTS TO THE ABOVE MENTIONED ADDRESS**

Notice to Any Renters Living At

1703 Via Verde Drive AKA 1703 W Via Verde Drive
Rialto, California 92377

The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you.

You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

How to Get Legal Help

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Internet Web site (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

# NOTICE TO QUIT

TO: Juanita C. Jeffrey,
and all other persons and/or entities in possession of the real property commonly known as: 1703 Via Verde Drive AKA 1703 W Via Verde Drive, Rialto, California 92377 (the "Premises").

1. **NOTICE IS HEREBY GIVEN that Ralph Partners II, LLC** purchased the Premises at a foreclosure sale held pursuant to the power of sale contained in a deed of trust in accordance with California Civil Code § 2924 and that title to the Premises has been duly perfected.

2. Despite its best efforts, **Ralph Partners II, LLC** is unaware of the status of the occupant(s), and therefore provides notice of termination under either a 3, 30 or 90 day notice.

3. **You will fall within ONE of the three categories below either as: (a) a prior owner, (b) a renter of a room of the Premises or a non-rent-paying occupant, or (c) a renter independent from the prior owner.**

   a. If you are the former owner(s) of the Premises, the trustor(s) on the deed of trust for the Premises, the successor in interest to said trustor(s) or a person claiming possession under such person(s) [Cal. Code Civ. Proc. § 1161a(b)(3)], then **WITHIN 3 DAYS AFTER SERVICE OF THIS NOTICE; or**

   b. If you are a rent-paying tenant or subtenant in possession of any structure or any part of the Premises (e.g. a room or unit of the Premises), a non-rent-paying occupant in possession of the Premises or an occupant in possession of the Premises without an agreement that specifies a definite rental period (e.g. a caretaker) [Cal. Code Civ. Proc. § 1161a(c) or Civ. Code § 789,], then **WITHIN 30 DAYS AFTER SERVICE OF THIS NOTICE; or**

   c. If you are a rent-paying tenant or subtenant in possession of the Premises, under a month-to-month lease or periodic tenancy at the time the Premises was sold in foreclosure (i.e. you are not a tenant or subtenant as described in paragraph 2 above) [Cal. Code Civ. Proc. § 1161b], then **WITHIN 90 DAYS AFTER SERVICE OF THIS NOTICE,**

4. **YOU ARE REQUIRED** to quit and surrender possession of the Premises or the portion in which you reside to **Ralph Partners II, LLC** or to the undersigned who is authorized to receive the same. Unless you vacate and deliver possession of the Premises within the time described above, an unlawful detainer (eviction) lawsuit will be filed against you to recover possession of the Premises, all damages (including monies pursuant to Code of Civil Procedure § 1174(b) and any other damages allowed by law), costs and attorneys' fees. This notice was served concurrently with the coversheet as described by Cal. Code Civ. Proc. § 1161c.

Note, if two or more of the above categories describe you, the category with the longest notice period will prevail.

Note, if you claim that you (i) occupy the Premises under a written lease, (ii) have a tenancy that requires the monthly payment of rent, or (iii) have a tenancy that is protected under any local or State laws, such as rent control or just cause eviction laws, please provide a copy of the written lease and all rent receipts to Olivia Reyes at 2015 Manhattan Beach Blvd Suite 100, Redondo Beach, CA 90278, (310) 640-3070 x 110.

Note, state law permits former occupants to reclaim abandoned personal property left at the former address of the occupant, subject to certain conditions. You may or may not be able to reclaim property without incurring additional costs, depending on the cost of storing the property and the length of time before it is reclaimed. In general, these costs will be lower the sooner you contact the owner as listed above, after being notified that property belonging to you was left behind after you moved out.

**Active Military**: If you are active in the United States Military or otherwise entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. App. § 501 *et seq.*), please contact the undersigned immediately. Note, proof of status may be required and reviewed under Federal Law.

If you are in possession of the Premises and your name does not appear on this notice, please contact the undersigned immediately at (310) 640-3070 x 110.

5/30/2017
Date

Olivia Reyes, Authorized Agent of Owner

Exhibit (4)

# NOTICE TO VACATE

**RALPH PARTNERS II, LLC**
**VS.**
**JUANITA C JEFFREY, ET AL**

**Court:** **San Bernardino County Superior Court-FS**
**Court #:** **UDFS1703822**
**File:** **17013612**

To: JUANITA C JEFFREY, ANY AND ALL UNKNOWN
1703 VIA VERDE Drive
AKA 1703 W VIA VERDE DR
Rialto CA 92377

By virtue of a Writ of Possession/Real Property (EVICTION) out of the above court, you are hereby ordered to vacate, the premises described in the writ, as follows:

**1703 VIA VERDE Drive**
**AKA 1703 W VIA VERDE DR**
**Rialto CA 92377**

Final notice is hereby given that possession of the above described property must be delivered to the plaintiff on or before:

**8/22/2017 @ 06:01 A.M.**

Should you fail to vacate the premises within the allotted time I will immediately enforce the writ by removing you from the premises. All personal property upon the premises at that time will be turned over to the plaintiff/landlord, who must return said personal property to you upon your payment of the reasonable cost incurred by the plaintiff/landlord, in storing the property from the date of eviction to the date of payment. If the property is stored on the landlord's premises, the reasonable cost of storage is the fair rental value of the space necessary for the time of storage. If you do not pay the reasonable storage cost within fifteen (15) days, the landlord may either sell your property at a public sale and keep from the proceeds of the sale the costs of storage and of the sale (CC 1988) or, if the property is valued at less than $700, the landlord may dispose of your property or retain it for his own use. (CCP 1174)

If you claim a right to possession of the premises accruing before the commencement of the action, or if you were in possession of the premises on the date of filing of the action and are not named in the writ, complete and file the attached Claim of Right to Possession form with this office. No Claim of Right to Possession can be filed if the attached writ states that it applies to all tenants, subtenants, if any, named claimants, if any, and other occupants of the premises.

John McMahon, Sheriff-Coroner/Public Administrator

By: Sarah Reeves #G6365
Sheriff's Authorized Agent

John McMahon, Sheriff-Coroner

John McMahon, Sheriff-Coroner/Public Administrator
(909) 387-5700
157 W. 5th Street 3rd Floor
San Bernardino, CA 92415-0225
July 31, 2017

Original Copy

Exhibit (4)

EJ-130

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number and address):
Sam Chandra SBN 203942
Law Offices of Sam Chandra, APC
710 S. Myrtle Ave., # 600
Monrovia, CA 91016-2171
(626) 256-4999

TELEPHONE NO.: FAX NO.:
E-MAIL ADDRESS:
ATTORNEY FOR (Name): Ralph Partners II, LLC
[X] ATTORNEY FOR [X] JUDGMENT CREDITOR [ ] ASSIGNEE OF RECORD

FOR COURT USE ONLY
COURT SERVICES CENTRAL DIVISION
2017 JUL 18 AM 10:58
SAN BERNARDINO CO. SHERIFF

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 17780 Arrow Hwy.
MAILING ADDRESS:
CITY AND ZIP CODE: Fontana, CA 92335
BRANCH NAME: Fontana District

PLAINTIFF: Ralph Partners II, LLC

DEFENDANT: Juanita C Jeffrey, et al

WRIT OF
[ ] EXECUTION (Money Judgment)
[X] POSSESSION OF [ ] Personal Property [X] Real Property
[ ] SALE

CASE NUMBER: UDFS1703822

[X] Limited Civil Case [ ] Small Claims Case
[ ] Unlimited Civil Case [ ] Other

1. To the Sheriff or Marshal of the County of: SAN BERNARDINO
You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. (Name): Ralph Partners II, LLC
is the [X] judgment creditor [ ] assignee of record whose address is shown on this form above the court's name.
4. Judgment debtor (name, type of legal entity stated in judgment if not a natural person, and last known address):

Juanita C Jeffrey
1703 Via Verde Drive AKA 1703 W Via Verde Drive
Rialto, CA 92377

[ ] Additional judgment debtors on next page
5. Judgment entered on (date): JUL 05 2017
6. [ ] Judgment renewed on (dates):
7. Notice of sale under this writ
a. [X] has not been requested.
b. [ ] has been requested (see next page).
8. [ ] Joint debtor information on next page.

9. [X] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment .......... $ possession only
12. Costs after judgment (per filed order or memo CCP 685.090) .......... $
13. Subtotal (add 11 and 12) .......... $
14. Credits .......... $
15. Subtotal (subtract 14 from 13) .......... $
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) .......... $
17. Fee for issuance of writ .......... $ 25.00
18. Total (add 15, 16, and 17) .......... $ 25.00
POSSESSION ONLY
19. Levying officer:
(a) Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) of .......... $ 0.00
(b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) .......... $ 0.00
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL] SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO

Issued on (date): JUL 06 2017 Clerk, by ____________, Deputy

Emanuel Rivas

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

Form Approved for Optional Use Judicial Council of California EJ-130 [Rev. January 1, 2012]

WRIT OF EXECUTION

Code of Civil Procedure, §§ 699.520, 712.010, 715.010 Government Code, § 6103.5 www.courts.ca.gov



RECEIVED
JUN 08 2017
SUPERIOR COURT OF CALIFORNIA
SAN BERNARDINO COUNTY
FONTANA DIVISION
Exhibit (5)

**THE MOORISH NATIONAL REPUBLIC**

THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

*Aboriginal and Indigenous Natural Peoples of North America*

Affidavit of Fact

# Official Lawful Public Notice

Answer to unlawful Detainer

**Exhibit I: Re: Misrepresented Instrument – Bill of Attainder No UDFS1703822**

June 6, 2017

STATE OF CALIFORNIA
SUPERIOR COURT FOR THE STATE OF CALIFORNIA
COUNTY OF SAN BERNARDINO
17780 Arrow Boulevard, Fontana, CALIFORNIA 92335

Re: Bill of Attainder No. UDFS1703822

I Juanita Jeffery Bey, the Flesh and Blood Being, in Propria Persona Sui Juris, I am Aboriginal Indigenous Moorish American National; Declare, and Proclaim upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights; International Law; and Constitutional Law; Declare and Say: I being previously Identified by the Union States Society of North America under the colorable, Ward-Ship name, JUANITA C JEFFERY, do hereby refute the Fraud; make Public and Published my Corrected National Name; Declare and Affirm my true, 'Proper Person Status; and reclaim my Rightful Social and Cultural Life of the State; in accord with my Moorish Nation of Northwest Amexem /North America-acknowledging my Birthrights. Let's be Clear, I am not a UNITED STATES citizen.

I am responding to, and making a Special Appearance under Threat Duress and Coercion to the False and Fraudulent Claims of the foreign corporation FANNIE MAE represented by employees of RALPH PARTNER LLC., of being owner of my inherited allodial ancestral Estate/ Property/ Land through an unconstitutional non-judicial foreclosure sale. I rebut, refute and disclaim their claim of sale without my permission or consent or due process of law. All Law is Contract, Please produce the evidence with wet ink signatures of the facts that I have a contract with Fannie Mae corporation. Also Please provide how your client obtained such documents and from who. This was a fraudulent transaction, and no foreign corporation has any claim to my allodial ancestral estate.

I Juanita Jeffery Bey aboriginal indigenous Moorish American National rebut any and all claims by the foreign corporation FANNIE MAE and RALPH PARTNERS LLC, agents, employees, or officers. The estate in question is of my foreign National estate and not within the United State of America's territory or jurisdiction.

According to the Constitution for the United States of America Republic (1791) Article 1 Section 8 Clause 17 where it states that the only land the federal government or (United States of America) has jurisdiction over is the ten Square Miles in Washington D.C. only.

Stare Decisis;

The Supreme Court Case on June 6, 1848 Supreme Court Decision read by Judge Theo H. McCaleb declared the United States does not own the land of the Moors (North America). Corporations do not have the Authority to any land in North America. Why?

A landmark Supreme Court case of 1795, Which has never been overturned, Penhallow V. Doane's Administrators (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54), defines governments succinctly:

"governments are corporations" Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary-having neither actuality nor substance – is foreclosed from creating and attaining parity with the tangible/real. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. thereof, can concern itself with anything other than corporate, artificial persons and the contracts

between them".

This is why the employee of the RALPH PARTNER LLC Corporation rebutted my nationality, thereby committing Slander. Again, I refute the fraud of these foreign corporate employees identifying me as the corporate person entity JUANITA C JEFFERY however styled. This is Fraud. No one can say who I am but me. I also rebut the fact that claimant, claims injuries this is also a fraudulent claim, corporations cannot be injured because they are artificial.

According to Supreme Court Case Clearfield v. United States (1943) says all foreign governments are but Foreign private corporations, there must be a valid contract in place and that the corporation must be the holder in due course and it must be produced upon request before being compelled to performance.

I never had a contract with FANNIE MAE OR RALPH PARTNERS LLC,
For the record on the record please produce the valid contract.

Stare Decisis:

Supreme Court Decision – No Opportunity to be Heard
"A void judgment does not create any binding obligation. Federal decisions addressing void state court judgments include Kalb v. Feuerstein (1940) 308 US 433, 60 S Ct 343, 84 L ed 370 Ex Parte Rowland (1882) 104 U.S. 604, 26 L. Ed.

Fraud in its elementary common law sense of deceit…includes the deliberate concealment of material information in a setting of fiduciary obligation. A public Official is fiduciary toward the public,… and if he deliberately conceals material information from them he is guilty of fraud. McNally v. U.S. 350, 371-372, Quoting U.S. v Holzer, 816 F. 2d. 304, 307

The Supremacy Clause at Article VI of the Constitution for the United States of America Republic (1791) where it states This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, any thing in the Constitution or laws of any State to the contrary notwithstanding.

Proof that a Non-judicial Foreclosure is void and notwithstanding because the corporate codes concerning non-judicial foreclosure are in direct conflict with the Constitution for the United States of America Republic (1791).

I also, Rebut the fact that Corporation employees are calling me a renter I have never been a renter this statement is fraud. This is my allodial ancestral estate of over 20 years. FANNIE MAE AND RALPH PARTNER LLC, employees are attempting to cause intentional and willful injury to me by way of theft of my inherent allodial ancestral estate.

This is a case of Diversity of Citizenship and according the Constitution at Article III Section II- The judicial power of the United States, shall be vested in one Supreme Court, and the Judicial power shall extend to all cases in law and equity, arising under this Constitution, the Laws of the United States, and treaties made.

I do not agree or consent to any Unlawful Detainer or eviction from my allodial ancestral estate.

I am now removing this case to the Federal Courts. Cease and Desist all action until I can receive Due Process of Law as is my Substantial and Human Rights.

I am requesting from the claimant and the courts to produce the following as proof of claim:

1. Proof of Jurisdiction to hear this case, residing hearing officer/claimant to place proof of jurisdiction to hear this case in writing on the record.
2. Can you present your Delegation of Authority Order from Congress, as well as verifiable number?
3. At which point does the United States Republic Constitution all private corporations to impose obligations upon natural persons? (This denotes Slavery).
4. The copy of the signed complaint from the claimant.
5. Copy of all public officials oath and bonds involved in this case per the Article VI of the Constitution Republic (1791).
6. Copy of all Valid Contracts involved in the case.
7. For the record, I demand that all claimants and law enforcers for the record their proof of Authority to Act on the Record.

This unlawful detainer/eviction is unconstitutional and unlawful because 1. the claimant cannot be a corporation, it is a artificial entity cannot be injured. 2. Diversity of Citizen is at hand here and this courtroom is not competent to hear this case. 3. As I am a Moorish American National who domicile in a foreign State and outside the jurisdiction of the United States of America. 4. There is no Contract. 5. Corporations cannot own the land of the Moors this is a fraudulent frivolous unlawful detainer. This corporation is fraudulently laying claim to my allodial ancestral estate with no proof or evidence of claim

with signatures of all involved, conspiring with this office to injure me. These actions are totally against the Constitution for the United States of America Republic 1791 and must be dismissed as I do not consent or agree with these actions.

A response is required in 5 days

Pursuant to Article III, Section II of the United States Constitution Judicial Authority is vested in the Supreme Court or a lower court which has a "Certified Delegation of Authority Order". For the record, on the record, and let the record show forward a copy of the Superior Court GA 15 certified Delegation of Authority Order confirmed by Congress as a lawful and formal Discovery.

Let if be noted for the record, on the record and let the record show a response is required 21 days from receipt of this letter. If no copy of the Certified Delegation of Authority Order is received within the specified time frame this Affidavit of Fact - Writ of Discovery shall stand as Law affirming that this court does not have Jurisdiction as per Article III, Section II of the United States Constitution.

Furthermore I demand, as is my Constitutional / Treaty secured rights, a copy of the 'Oath of Office', Oath of Ethics, and Bond Number for all state/government officials, employees, Judges, prosecutors, agents, clerks, and anyone who has touched or is in anyway involved with this case per Article VI of the United States Republic Constitution.

*"Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:"***

*"The claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230 F 2nd 486, 489:** "*

*"When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statutes do not act judicially, but merely ministerially"*
***Thompson v Smith 154 SE 583***

*" A judge ceases to sit as a judicial officer because the governing principle of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments, and rationale for that of the agency.Additionally, courts are prohibited from substituting their judgment for that of the agency. Courts in administrative issues are prohibited from even listening to or hearing arguments, presentations, or rational"*

***ASIS v US 568 F2d, 284***

*"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercises such powers are necessarily nullities."*
***Burns v Sup Ct. SF, 140 Cal 1.***

For the record, on the record, and let the record show from where do you derive your authority and jurisdiction in this matter.

*"Once Challenged, jurisdiction cannot be assumed, it must be proved to exist."*
***Stcuk v Medical Examiners 94 Ca 2d 751.211,P2d 389.***

Thank You,
I Am: [signature]
Juanita Jeffery Bey Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione JUANITA C JEFFERY
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103
North America
True Location: Lat/Long 34.15519/-117.405673
[c/o 1703 Via Verde Road, Rialto California]
Non-Domestic

Cc: United Nations
Geneva Switzerland

RECEIVED
JUN 08 2017
SUPERIOR COURT OF CALIFORNIA
SAN BERNARDINO COUNTY
FONTANA DIVISION

COURT SERVICES
2017 AUG 11 PM 3:56
SAN BERNARDINO CO.
SHERIFF

Exhibit 5

**THE MOORISH NATIONAL REPUBLIC**

THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

*Aboriginal and Indigenous Natural Peoples of North America*

Affidavit of Fact

# Official Lawful Public Notice

Answer to unlawful Detainer

**Exhibit I: Re: Misrepresented Instrument – Bill of Attainder No UDFS1703822**

June 6, 2017

STATE OF CALIFORNIA
SUPERIOR COURT FOR THE STATE OF CALIFORNIA
COUNTY OF SAN BERNARDINO
17780 Arrow Boulevard, Fontana, CALIFORNIA 92335

Re: Bill of Attainder No. UDFS1703822

I Juanita Jeffery Bey, the Flesh and Blood Being, in Propria Persona Sui Juris, I am Aboriginal Indigenous Moorish American National; Declare, and Proclaim upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights; International Law; and Constitutional Law; Declare and Say: I being previously Identified by the Union States Society of North America under the colorable; Ward-Ship name, JUANITA C JEFFERY, do hereby refute the Fraud; make Public and Published my Corrected National Name; Declare and Affirm my true, 'Proper Person Status; and reclaim my Rightful Social and Cultural Life of the State; in accord with my Moorish Nation of Northwest Amexem /North America-acknowledging my Birthrights. Let's be Clear, I am not a UNITED STATES citizen.

I am responding to, and making a Special Appearance under Threat Duress and Coercion to the False and Fraudulent Claims of the foreign corporation FANNIE MAE represented by employees of RALPH PARTNER LLC., of being owner of my inherited allodial ancestral Estate/ Property/ Land through an unconstitutional non-judicial foreclosure sale. I rebut, refute and disclaim their claim of sale without my permission or consent or due process of law. All Law is Contract, Please produce the evidence with wet ink signatures of the facts that I have a contract with Fannie Mae corporation. Also Please provide how your client obtained such documents and from who. This was a fraudulent transaction, and no foreign corporation has any claim to my allodial ancestral estate.

I Juanita Jeffery Bey aboriginal indigenous Moorish American National rebut any and all claims by the foreign corporation FANNIE MAE and RALPH PARTNERS LLC, agents, employees, or officers. The estate in question is of my foreign National estate and not within the United State of America's territory or jurisdiction.

According to the Constitution for the United States of America Republic (1791) Article 1 Section 8 Clause 17 where it states that the only land the federal government or (United States of America) has jurisdiction over is the ten Square Miles in Washington D.C. only.

Stare Decisis;




**THE MOORISH NATIONAL REPUBLIC**
THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
*Aboriginal and Indigenous Natural Peoples of North America*

Affidavit of Fact – ~~Exhibit – F~~I Exhibit (7)

## Writ In The Nature of Rescission of Signature

**Public And Lawful Notice**

April 17, 2017

ALDRIDGE PITE/ Collection for RUSHMORE LOAN MANAGEMENT
4375 JUTLAND DR. SUITE 200
SAN DIEGO, CALIFORNIA 92117

Terry Smith doing Business as;
RUSHMORE LOAN MANAGEMENT
15480 LAGUNA CANYON ROAD. #100
IRVINE, CALIORNIA 92618

SAN BERNARDINO COUNTY SHERIFF'S OFFICE
ATTEN: Sheriff John McMahon
655 E. THIRD ST.
SAN BERNARDINO, CALIFORNIA 92415

Re: Alleged Account No: 4000038388
Public Record No: 7015 3010 0000 9286 4930

I Juanita Jeffery Bey, having attained the age of Majority, competent to testify, a self-realized autocracy flesh and blood living being, Moorish American National duly affirm standing squarely, Declare, and Proclaim, upon Divine Law; Nature's Law, Universal Law, my Moorish Birthrights, International Law, and Constitutional Law; Declare and Say by the jurisdiction of my ancestral land:

I, being previously Identified by the Union States Society of North America- U.S.A. under the colorable, Ward-Ship name, JUANITA C JEFFERY, do hereby refute the Fraud; make Public and Publish my Corrected National appellation: Declare and Affirm my true, 'Proper Person Status'; and claim my Rightful Social and Cultural Life of the Moorish American National; in accord with my Moorish Nation of Northwest Amexem/North America-Acknowledging my Birthrights. Having Lawfully and Legally Obtained and Proclaimed my Moorish Nationality and Birthrights, appellation and Title'; in harmony with the law, do Declare for Public Record, I am returning the European cognomen and fictitious misnomer back to the Colonial possessors of its pedigree. I have already declared and proclaimed my free National appellation with State, Federal, and Local agencies. Affirming my actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Moorish American Consanguine pedigree and National Honor. Let it be Declared, Known, Published, and Resolved that: I Am Juanita Jeffery Bey, In Propria Persona Sui Juris' (being in my own Proper Person), by birthright; an Inheritance WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society;

### Affidavit of Revocation Contract and Rescission of Signature

I, Juanita Jeffery Bey having full first-hand knowledge of the facts stated herein, and making this Affidavit of her own free will does affirm that the facts stated herein are true, correct, certain and complete to the best of her knowledge. I state for the record that I entered into a Mortgage loan contract on approx. October 2015and I had a dispute and controversy discrepancy over the true address of the property , and requested to view the original mortgage loan documents from RUSHMORE LOAN MANAGEMENT which is my right. I sent by United States Post Office several Certified documents of Writs of Discovery/Disclosure requesting certified copies of the valid original mortgage loan over a year ago in accordance with the **Federal Fair Debt Collection Practices Act USC Title 15 sec. 1692.** And according to **the Clearfield Trust Company v. UNITED STATES 318 U.S. 363 (1943)** Governments descend to the Level of a mere private corporation and take on the characteristics of a mere private citizen. <u>This Entity cannot compel performance upon its corporate statue or rules unless it, like any other corporation or person is the holder-in-due course of some contract or commercial agreement between it and the party upon whom the payment and performance are made and thereby, willing to produce said documents and place the same</u>

into evidence before trying to enforce its demands called statues (not law) and all Contracts must come within the terms of the Law. To date, I have not received these documents, the only document that this Corporation employees has sent me is the Deed of Trust that only has one signature on it and that is mine. This contract process violates all contract laws,

**Plain Statement of Facts**

1. A valid contract must have two signatures.
2. A contract must have full disclosure and knowledge of contract. It was not disclosed to me that the original contract would be sold and separated from the promissory note. I did not have full knowledge of the contract process.
3. Valid contracts must not be made with minors, I was considered a minor at the time of the signing of the contract by legal and lawful standards.
4. Contracts must have consideration, what was offered for consideration? This Mortgage Loan contract was and is void ab initio. For a Deed of Trust to be valid there must be value or consideration. RUSHMORE LOAN MANAGEMENT also failed to produce the requested bank statement and deposits and withdrawals slip showing I was given a loan.
5. The Contract was breached by the holder when the Original Mortgage Loan was separated from the Promissory Note making the whole process void according to the Supreme Court Rulings.
6. This fraudulent process vitiates all contract(s) agreement with all UNITED STATES CORPORATIONS including RUSHMORE LOAN MANAGEMENT and ALDRIDGE PITE of CLEAR RECON CORPORATION and all other corporate entities.
7. I, Juanita Jeffery Bey, revoke all contracts and rescind all signatures for good cause, and without recourse and without prejudice to me pursuant to UCC 1-207 and 1-308.
8. By this Affidavit I have formally and timely, removed the aforementioned signature(s) for all time and there by removes any nexus, actual or presumed, that with (RUSHMORE LOAN MANAGEMENT OR ALDRIDGE PITE CLEAR RECON CORPORATION ET AL) may believe it has with affiant virtue of said signature(s) and or contract(s), associated with (RUSHMORE LOAN MANAGEMENT OR ALDRIDGE PITE CLEAR RECON CORPORATION ET AL), and all it agents.

As RUSHMORE LOAN MANAGEMENT OR ALDRIDGE PITE CLEAR RECON CORPORATION employees, agents etc. has been violating my constitutional liberties and human rights by threating non-judicial foreclosure sale of my inherit allodial ancestral estate/land/property. I state for the record that I do not intend to abandon my inherit allodial ancestral real estate/land/property and I do not consent/assent or agree to any illegal non-judicial foreclosure sale, I do not agree or consent to stand as surety for the security instrument for the foreign corporate name JUANITA C JEFFERY entity. I, Juanita Jeffery Bey have no valid contract or commercial agreement with RUSHMORE LOAN MANAGEMENT OR ALDRIDGE PITE CLEAR RECON CORPORATION as being obligated to perform, and the Deed of Trust (contract) is now and forever void.

**Verification**

Any man or woman having first-hand knowledge of all the facts asserted herein and having absolute power and authority to rebut this affidavit must rebut with the rebutting party's own signature under the penalty of perjury and willing to testify, and executes as true, correct, and complete with positive proof attached, absent positive proof any rebuttal shall be deemed null and void having no force or effect, thereby waiving any of RUSHMORE LOAN MANAGEMENT OR ALDRIDGE PITE CLEAR RECON CORPORATION immunities or defenses.

Any rebuttal shall be mailed to Juanita Jeffery Bey and to all parties listed in this affidavit of fact and witness within three (3) calendar days of RUSHMORE LOAN MANAGEMENT OR ALDRIDGE PITE CLEAR RECON CORPORATION ET AL, GOVERNOR Jerry Brown of CALIFORNIA, ATTORNEY GENERAL OF THE UNITED STATES, Jeff Sessions, ARCHBISHOP Jose H. Gomez of the Archdiocese of LOS ANGELES, SAN BERNARNDINO COUNTY SHERIFF John McMahon, receipt of the affidavit. When a rebuttal is not received by both the affiant and the witnesses within (3) days, this entire affidavit and default provisions shall be deemed true and correct and all proceedings on my inherit allodial ancestral real estate/land/property be vacate.

This affidavit of revocation of contract(s)/ signature for good cause is dated: April 17, 2017

Thank You

Aranuta Jeffery Bey, Authorized Presentative
Natural Divine Being Manifest in Human Flesh in Propria Person
All Rights Reserved: U.C.C. 1-207/1-308/1-103
Latitude / longitude 34.15519 / -117.405673 c/o 1703 Via Verde Road (near corporate city) Rialto, California Territory
Non- Domestic Northwest Amexem North America

Witness: Byron G. Bey

Witness: Talibah Bey

Cc:
International Criminal Courts
Luis Moreno-Ocampo

International Court of Justice
Hall-El
Peace Palace
The Hague Netherland

Great Seal National Association of Moorish Affairs
Minister: A-El/Minister Taj Tarik Bey / Minister William Saleem

Honorable President Donald Trump
White House Washington D.C.

Interpol
Lyon, France

Exhibit (8)

# Property Detail Report

## 1703 Via Verde Dr, Rialto, CA 92377

APN: 0239-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

San Bernardino County Data as of: 08/07/2017

### Owner Information

| | | | |
|---|---|---|---|
| Owner Name: | Jeffrey Juanita C | | |
| Vesting: | Sole Owner | | Auction |
| Mailing Address: | 1703 Via Verde Dr, Rialto, CA 92377 | | |

### Location Information

| | | | | | |
|---|---|---|---|---|---|
| Legal Description: | Tract 13940 Lot 1 | | | County: | San Bernardino, CA |
| APN: | 0239-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 | Alternate APN: | 0239-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 | Census Tract / Block: | 002704 / 3006 |
| Munic / Twnshp: | Rialto | Twnshp-Rng-Sec: | | Legal Lot / Block: | 1 / |
| Subdivision: | | Tract #: | 13940 | Legal Book / Page: | 0239 / 401 |

### Last Transfer / Conveyance - Current Owner

| | | | | | |
|---|---|---|---|---|---|
| Transfer / Rec Date: | 09/20/1996 / 09/27/1996 | Price: | $138,000 | Doc #: | 1996.358979 |
| Buyer Name: | Jeffrey, Juanita C | Seller Name: | Bond, Gregrorys & Lisa R | Deed Type: | |

### Last Market Sale

| | | | | | |
|---|---|---|---|---|---|
| Sale / Rec Date: | 09/20/1996 / 09/27/1996 | Sale Price / Type: | $138,000 / Full Value | Deed Type: | |
| Multi / Split Sale: | | Price / Sq. Ft.: | $61 | New Construction: | |
| 1st Mtg Amt / Type: | $136,045 / Federal Housing Administration | 1st Mtg Rate / Type: | / Fixed | 1st Mtg Doc #: | N/A |
| 2nd Mtg Amt / Type: | | 2nd Mtg Rate / Type: | | Transfer Doc #: | 1996.358979 |
| Seller Name: | Bond, Gregrorys & Lisa R | | | | |
| Lender: | Southfork Mortgage | | | | |
| Title Company: | Commonwealth Land Title | | | | |

### Prior Sale Information

| | | | | | |
|---|---|---|---|---|---|
| Sale / Rec Date: | / 08/18/1989 | Sale Price / Type: | $187,500 / Full Value | Prior Deed Type: | |
| 1st Mtg Amt / Type: | $168,700 / Conventional | 1st Mtg Rate / Type: | | Prior Doc #: | 1989.303346 |
| Prior Lender: | Wells Fargo Bank | | | | |

### Property Characteristics

| | | | | | |
|---|---|---|---|---|---|
| Gross Living Area: | 2,818 Sq. Ft. | Total Rooms: | 8 | Year Built / Eff: | 1989 / 1989 |
| Living Area: | 2,272 Sq. Ft. | Bedrooms: | 3 | Stories: | 2 |
| Total Adj. Area: | | Baths (F / H): | 3 / | Parking Type: | Garage |
| Above Grade: | | Pool: | | Garage #: | 3 |
| Basement Area: | | Fireplace: | 2 | Garage Area: | 546 Sq. Ft. |
| Style: | Modern | Cooling: | Central | Porch Type: | Porch |
| Foundation: | | Heating: | Central | Patio Type: | Porch/No Step |
| Quality: | | Exterior Wall: | | Roof Type: | Tile |
| Condition: | Good | Construction Type: | Frame | Roof Material: | Tile |

### Site Information

| | | | | | |
|---|---|---|---|---|---|
| Land Use: | SFR | Lot Area: | 8,500 Sq. Ft. | Zoning: | |
| State Use: | | Lot Width / Depth: | | # of Buildings: | 1 |
| County Use: | Single Family Res | Usable Lot: | | Res / Comm Units: | 1 / |
| Site Influence: | Type Unknown | Acres: | 0.20 | Water / Sewer Type: | Public / Public |
| Flood Zone Code: | X | Flood Map #: | 06071C7920H | Flood Map Date: | 08/28/2008 |
| Community Name: | City Of Rialto | Flood Panel #: | 7920H | Inside SFHA: | F |

### Tax Information

| | | | | | |
|---|---|---|---|---|---|
| Assessed Year: | 2016 | Assessed Value: | $202,245 | Market Total Value: | |
| Tax Year: | 2016 | Land Value: | $44,027 | Market Land Value: | |
| Tax Area: | 6-003 | Improvement Value: | $158,218 | Market Imprv Value: | |
| Property Tax: | $4,332.29 | Improved %: | 78.23% | Market Imprv %: | |
| Exemption: | | Delinquent Year: | | | |

© 2017 DATA TRACE INFORMATION SERVICES LLC AND/OR ITS AFFILIATES. ALL RIGHTS RESERVED.

List of Exhibit

1.  Exhibit 1 is the Peaceable Possession (8 pages)

2.  Exhibit 2 FANNIE MAE NOTICE (1 pages)

3.  Exhibit 3 summons of Detainer

4.  Exhibit 4 Sheriff Notice to vacate

5.  Exhibit 5 copy of Answer to Summons

6.  Exhibit 6 copy of Discovery

7.  Exhibit 7 copy of signature rescind of deed of trust

8.  Exhibit 8 copy Property detail report